J. Stephen Roberts, Jr.
Federal Defenders of Eastern Washington and Idaho
10 N. Post St., Ste. 700
Spokane, Washington 99201
(509) 624-7606

Attorneys for Bruce J. Larson

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO
The Hon. Raymond E. Patricco, Jr.

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br>    v.<br><br>Bruce J. Larson,<br><br>    Defendant. | No. 2:19-cr-00244-DCN<br><br>**Motion to Modify Conditions of Release** |

Defendant Bruce J. Larson ("Mr. Larson") moves the Magistrate Court to modify his conditions of release while pending revocation of probation. For the reasons that follow, Mr. Larson requests modification of Condition No. 6 – that he be permitted to reside at his own residence in Priest River, Idaho, instead of the current court-approved residence (his mother's address). [1] The U.S. Probation Office has no objection to the proposed modification (as long as Mr. Larson's mother resides with him in Priest River). The Government respectfully defers to Probation and the Court.

---

[1] *See* Order Setting Conditions of Release, ECF No. 15 at 2.

**Motion to Modify Conditions of Release - 1**

On May 31, 2017, Mr. Larson was sentenced to a 5-year term of probation, after his guilty plea to one count of DUI (assimilated crime) in the Northern District of California. *See* Amended Judgment, ECF No. 1-3. His probation was transferred to the District of Idaho on August 1, 2019. ECF No. 1. The U.S. Probation Office filed an Amended Petition on Probation alleging four (4) violations of Mr. Larson's probation on March 4, 2022. ECF No. 6. Mr. Larson made his initial appearance and was released on March 8, 2022. ECF Nos. 10, 15. As part of his release conditions, Mr. Larson was ordered to reside with his mother (Jeannette Sweet) in Sagle, Idaho. At that time, he was newly sober and dealing with not only a relapse, but also new criminal charges. A Probation Revocation hearing was initially set for April 13, 2022, however, upon motion by defense counsel that date was extended to August 2, 2022 at 11:00 a.m. in Coeur d'Alene, Idaho. *See* ECF Nos. 10, 17, 19.

Since his release on conditions (that included GPS monitoring, Substance Abuse Evaluation/Treatment, and random U/A's), Mr. Larson remains in complete compliance with all conditions of his release and previously-imposed conditions of probation. On May 4, 2022, he resolved his pending criminal violations in Bonner County District Court. Mr. Larson has already paid his criminal fines ($925 associated with DUI and Open Container charge), had an ignition interlock installed, completed a substance abuse evaluation through Tamarack, and been attending both treatment and self-help meetings – all in Sandpoint, Idaho.

**Motion to Modify Conditions of Release - 2**

Mr. Larson is now stable and requests release back to his home: 1600 Curtis Creek Rd., Priest River, ID 83856. This modification is requested for two reasons. First, Mr. Larson currently resides in Sagle with him mother at a retirement community. This residence was meant to be temporary – and Mr. Larson did not anticipate residing there until August 2022. Second, Mr. Larson's home in Priest River (where he has been absent for three months), requires much needed attention to the property and house – which is being renovated by Mr. Larson.

Senior U.S. Probation Officer Lee Pierantoni was contacted in regard to the proposed modification. Officer Pierantoni requested that Ms. Sweet (Mr. Larson's mother) reside with him at the residence until the August hearing. Ms. Sweet has agreed to do so and sent undersigned counsel an email verifying that she is able to transition with him to Priest River and monitor and assist her son until the August hearing. Given that Ms. Sweet has agreed to the Officer Pierantoni's request – the U.S. Probation Office now has no objection to the modification.

Assistant U.S. Attorney Traci Whelan was contacted in regard to the motion. AUSA Whelan defers to the Court and Probation and does not oppose the motion.

For the reasons that follow, Mr. Larson asks the Court to grant the motion and find good cause exists to modify Condition No. 6, and allow him to return home to address above in Priest River, Idaho, while his revocation hearing remains pending.

Dated:   May 31, 2022

                                              Respectfully Submitted,

*/s/ J. Stephen Roberts, Jr.*
J. Stephen Roberts, Jr., WA 45825
Attorneys for Bruce J. Larson
Federal Defenders of
Eastern Washington and Idaho
10 N. Post St., Ste. 700
Spokane, Washington 99201
(509) 624-7606
(509) 747-3539
Email:  Steve_Roberts@fd.org

**Motion to Modify Conditions of Release - 4**

# CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Traci J. Whelan, Assistant United States Attorney.

*/s/ J. Stephen Roberts, Jr.*
J. Stephen Roberts, Jr., WA 45825
Attorneys for Bruce J. Larson
Federal Defenders of
Eastern Washington and Idaho
10 N. Post St., Ste. 700
Spokane, Washington 99201
(509) 624-7606
(509) 747-3539
Email:  Steve_Roberts@fd.org

**Motion to Modify Conditions of Release - 5**