UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br>v.<br><br>Bruce James Larson,<br><br>　　　　　Defendant. | No. 2:19-cr-0244-DCN<br><br>**Order Granting Defendant's Motion to Modify Conditions of Release** |

Before the Court is the Defendant's Motion to Modify Conditions of Release. ECF No. 20. The motion is unopposed by the Government. After reviewing the motion and relevant authority, the Court is fully informed and finds good cause to grant the motion.

Accordingly, **IT IS HEREBY ORDERED:** Defendant's Motion to Modify Conditions of Release ECF No. 20, is **GRANTED**. Condition Six is hereby modified to allow Mr. Larson to reside at his own residence in Priest River, Idaho, with his mother (Jeannette Sweet), pending his revocation hearing.

**IT IS SO ORDERED**.

Dated this 2nd day of June, 2022.

By _/s/ Raymond Patricco_
Hon. Raymond E. Patricco
Chief United States Magistrate Judge